■ COMBUSTION SCIENCE & ENGINEERING, INC., Appellant, v ARGUS ENGINEERING, PLLC, Respondent. [1 NYS3d 873]—Appeal from an order of the Supreme Court, Onondaga County (James P. Murphy, J.), entered February 13, 2014. The order denied the motion of plaintiff for summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Fahey, Carni, Valentino and Whalen, JJ.